IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAWNA ROBBINS, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BLUEHIPPO FUNDING, LLC, a Maryland corporation, and BLUEHIPPO CAPITAL, LLC, a Nevada corporation,<br><br>　　　　　Defendants. | **Case No. 07-cv-145-TCK-TLW** |

## MOTION TO WITHDRAW

John N. Hermes and Tamara Schiffner Pullin of McAfee & Taft A Professional Corporation, respectfully request leave to withdraw as counsel of record for Defendants, BlueHippo Funding, LLC, and BlueHippo Capital, LLC ("BlueHippo"). In support of this Motion, counsel shows the Court as follows:

1. The General Counsel for BlueHippo has instructed McAfee & Taft not to perform any additional work or services on behalf of BlueHippo.

2. Other than the communication referred to in paragraph 1, BlueHippo has not communicated with or responded to inquiries by McAfee & Taft, making further representation impossible.

3. BlueHippo has not made payments to McAfee & Taft for services rendered and costs incurred pursuant to agreement between the parties.

4. BlueHippo will suffer no prejudice as a result of counsel's withdrawal.

5. Counsel for Plaintiff has been contacted, and they do consent to the Motion to Withdraw.

6. A proposed Order is being submitted pursuant to local rules.

WHEREFORE, John N. Hermes and Tamara Schiffner Pullin of McAfee & Taft A Professional Corporation, respectfully request that this Court enter an Order granting them leave to withdraw as counsel of record for BlueHippo.

Respectfully submitted,

*/s/ John N. Hermes*
John N. Hermes, OBA #4133
Tamara Schiffner Pullin, OBA#21462
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102
Telephone:   (405) 235-9621
Facsimile:   (405) 235-0439

ATTORNEYS FOR DEFENDANTS
BLUEHIPPO FUNDING, LLC AND
BLUEHIPPO CAPITAL, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2009, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

William B. Federman, Esq.
Jennifer F. Sherill, Esq.
FEDERMAN & SHERWOOD
10205 N. Pennsylvania
Oklahoma City, OK 73120
Email: wfederman@aol.com
Email: jfs@federmanlaw.com

Cornelius P. Dukelow, Esq.
ABINGTON INTELLECTUAL PROPERTY
LAW GROUP, PC
10026-A S. Mingo Rd, No. 240
Tulsa, OK 74133-5700
Email: cdukelow@abingtonlaw.com

*/s/ John N. Hermes*