# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SHAWNA ROBBINS, an individual, on behalf of herself and all other similarly situated,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**BLUEHIPPO FUNDING, LLC, a Maryland corporation, and BLUEHIPPO CAPITAL, LLC, a Nevada corporation,** )<br>)<br>)<br>)<br>)<br>**Defendants.** ) | Case No. 07-CV-145-TCK-TLW |

## ORDER

Before the Court is a Motion to Withdraw as Counsel for Defendants BlueHippo Funding, LLC and BlueHippo Capital, LLC ("Defendants") (Doc. 89), filed by John N. Hermes and Tamara Schiffner Pullin ("Attorneys"). Because Attorneys have demonstrated good cause with regard to their request to withdraw as counsel, said application is hereby granted in part, subject to the conditions set forth below.

IT IS ORDERED that Attorneys are hereby granted leave to withdraw as counsel for Defendants, effective upon the entry of appearance of substitute counsel. Defendants are hereby directed to cause new counsel to enter an appearance in this matter within twenty (20) days of this date or file a statement that they intend to proceed pro se. Attorneys shall be required actively to serve as counsel by attending all scheduled hearings, preparing necessary orders, and adhering to dates previously set by this Court until such time as the conditions set forth in the Order have met with full compliance. Attorneys are ORDERED to inform Defendants of this Order in writing.

The Motion to Withdraw (Doc. 89) is GRANTED in part and DENIED in part as set

forth in this Order.

      **SO ORDERED this 7th day of August, 2009.**

      **TERENCE KERN**
      **UNITED STATES DISTRICT JUDGE**

2