# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Shawna Robbins,

                Plaintiff(s),

vs.     Case Number: 07-cv-145-TCK-TLW
      Proceeding: Evidentiary Hearing

Blue Hippo Funding, LLC, et al.,    Date: 8-14-2009
               Defendant(s).    Court Time: 10:00 p.m.

### MINUTE SHEET

T. Lane Wilson, U.S. Magistrate Judge     C. Portilloz, Deputy Clerk     C2

Counsel for Plaintiff: Cornelius Dukelow, Jennifer Sherrill, William Federman

Counsel for Defendant: John Hermes

Minutes: Case called for Evidentiary Hearing regarding Plaintiff's Motion to Enforce Settlement Agreement (Dkt. # 58). Arguments heard; Witnesses sworn and testimony given; Exhibits 1-39 admitted; The Motion to Enforce Settlement Agreement (Dkt. # 58) is taken under advisement.

Court Time

1 hour 10 minutes