# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Shawna Robbins,

                Plaintiff(s),

vs.

Blue Hippo Funding, LLC, et al.,

                Defendant(s).

Case Number: 07-cv-145-TCK-TLW
Proceeding: Miscellaneous Hearing
Date: 8-26-2009
Court Time: 11:00 a.m.

## MINUTE SHEET

T. Lane Wilson, U.S. Magistrate Judge     C. Portilloz, Deputy Clerk     09-07-A-TLW

Counsel for Plaintiff: Cornelius Dukelow, Jennifer Sherrill, William Federman

Counsel for Defendant: John Hermes

Minutes: Telephone Conference held regarding the Court's ruling on Plaintiff's Motion to Enforce Settlement Agreement (Dkt. # 58). Court advises that the Report & Recommendation will find that the parties had clearly reached a settlement. No later than close of business on Monday, 8/31/09, the parties are directed to notify Judge Wilson's courtroom deputy if an agreement has been reached by the parties.

Court Time

10 minutes